UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| KENNETH P. PIERSON and PAULA L. TAYLOR, | ) ) ) | |
| **Plaintiffs,** | ) ) ) | |
| v. | ) ) ) | Case No. 16-CV-0346-CVE-PJC |
| DON ANDREWS, individually and in his official capacity as State District Judge, Oklahoma County, | ) ) ) ) ) ) | |
| **Defendant.** | ) | |

**OPINION AND ORDER**

Now before the Court is plaintiff Kenneth Pierson's motion to proceed in forma pauperis (Dkt. # 7) and plaintiffs' motion for reconsideration and brief in support (Dkt. # 8). Plaintiffs ask the Court to reconsider its order (Dkt. # 5) dismissing the action for lack of subject matter jurisdiction. Dkt. # 8. Plaintiffs' motion renews their arguments attacking orders of an Oklahoma state court. Id. As the Court stated in its previous order, this Court lacks subject matter jurisdiction to hear a suit directly challenging a state court judgment. Skinner v. Switzer, 562 U.S. 521, 532 (2011) ("[A] state-court decision is not reviewable by lower federal courts . . . ."); see also Dkt. # 5, at 2-3. The Court previously concluded that it had no jurisdiction to hear plaintiffs' claims, and plaintiffs have provided no new argument or authority in their motion that requires the Court to depart from its previous conclusion. Plaintiffs' motion for reconsideration should thus be denied.

**IT IS THEREFORE ORDERED** that plaintiffs' motion for reconsideration and brief in support (Dkt. # 8) is **denied.**

2

**IT IS FURTHER ORDERED** that plaintiff Kenneth Pierson's motion to proceed in forma pauperis (Dkt. # 7) is **granted** and he does not owe the filing fee.

**DATED** this 28th day of June, 2016.

*[signature]*
CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE